MANDATE

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of August, two thousand twenty-six.

---

Rafael Andres Rubio Bohorquez,

Petitioner - Appellant,

v.

Kenneth Genalo, Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement, Todd Lyons, Acting Director, Immigration and Customs Enforcement, Markwayne Mullin, Secretary of Homeland Security, Todd Blanche, Acting United States Attorney General, United States Department of Homeland Security, Executive Office for Immigration Review,

Respondents - Appellees.

**ORDER**

Docket No. 26-1026

---

Appellees move to dismiss this appeal as moot. The motion is unopposed.

IT IS HEREBY ORDERED that the motion is GRANTED.[1]

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

---

[1] The panel will be identified at a later time.

MANDATE ISSUED ON 10/21/2026